FILED
CHARLOTTE, NC

DEC 29 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __North Carolina__
__Charlotte__ Division

CHRISTOPHER M. OXENDINE
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CMPD, Mecklenburg County et.al
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __3:25-CV-1032__
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher M. Oxendine
All other names by which you have been known:
ID Number: 211244
Current Institution: Jail Central
Address: 801 E. Fourth Street
Charlotte, NC, 28202

City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: CMPD / Officer A. Hopper
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Mecklenburg County
Job or Title *(if known)*:
Shield Number:
Employer:
Address:

City / State / Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        City        State        Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

        City        State        Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Due Process, Color of State Law, Racial Profiling, false accuse/Arrest, Retaliation Claims, false imprisonment Fourteenth Amendment, Insufficient assistance of Counsel*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Rights § 1215 LAW § 520

Due Process state action -- color of state law. In an action under 42 USCS 1983, brought against a state official, the State-actor requirement of action "under color of state law" and the state action requirement of the fourteenth Amendment are identical.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The events giving the plaintiff claim arose first outside an institution on or about 5th and Trade st as the plaintiff was minding his own business walking down the street on or about 5/27/2025

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The second events inside of this claim arose in an institution because the plaintiff was falsely imprisoned by the defendant and arrested on bogus charges when the plaintiff exercised his rights to remain silent before speaking with Detectives he ask to have a lawyer present for the plaintiff executing his rights to an attorney the plaintiff was denied amendment (rights) was place on an high bond and falsely charged with a crime that he did not do.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On or about 5/27/2025 about 12:00 in the morning

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or about 5/27/2025 why the plaintiff was walking down the street up town the defendant A. Hopper and his team of officer jumped out of their vehicles and immediately place hand cuffs on the plaintiff it was the plaintiff and a whole nother gentalmen that the plaintiff did not know, and had never seen before in his life. The plaintiff was searched by officers and their was not nothing founded inside of his possession. But the other gental man that was so heppen walking down the street at the same time as the plaintiff was caught with a knife and blood on his clothing. We both was taken to an interogation office. The plaintiff exercised his rights to remain silent until he was able to speak with a lawyer and was immediately retaliated against and was arrested for Assault with a Deadly weapon and other charges

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Depression, mental and emotional distress, Post Tramatic Stress Disorder and etc.,

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff Request money damages in the amount of $25,000 dollars for each day that the plaintiff has been away from his family out of work, lost his job, housing wife, kids and ect. $50, in punitive damages to deter this type of behavior from happing in the future. $25,000 for each day spent in jail $150,000 dollars for punitive damages $50,000 in compansational damages and for the case to be dismiss and plaintiff to be set free of all charges and offenses

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). My case started why I was out on the streets just walking up town minding my own business. That adventually led me to be incarcerated in a facility at the mecklenburg county jail.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[ ] No

[✓] Do not know The Mecklenburg County Jail does not have an Exhaustion of Administrative Remedies that I can file agens the CMPD, lawyer or county it has to be done at the police department and I

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims? am current locked up. I have been asking

[ ] Yes to file a grevance but has be constantly denied stating

[ ] No that they dont handle grievances here at the jail agenst CMPD, county official and attony it has to be done when

[✓] Do not know I set out at the police Department

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Tried to file it here at the Mecklenburg County Jail but was constantly denied because they do not handle CMPD, Mecklenburg County Grievance cases.

2. What did you claim in your grievance?

Due Process, false Imprisonment, racial Profiling, retaliation.

3. What was the result, if any?

No results because I was refused access to file because the County does not handle CMPD, Mecklenburg County or lawyer grievances it is something that has to be done when I get out they have stated.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Grievance Process is not completed because the Jail refuses to let me file a grievance against the officer CMPD, Mecklenburg County, and Attorney

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Because was not allowed to file a Grievance against officers, C.M.P.D, Mecklenburg County and etc. Because jail want allow it

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I informed the Courts, head Supreme Court judge Clerk of Courts, Public Defender, sgt Captian and other rank officials at the jail

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

    4. Name of Judge assigned to your case

        _____

    5. Approximate date of filing lawsuit

        _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/17/2025

Signature of Plaintiff: Chris Okundaye
Printed Name of Plaintiff: Christopher Okundaye
Prison Identification #: 211244
Prison Address: 801 E. Fourth Street
Charlotte, NC 28202

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
Telephone Number
E-mail Address